**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 4:23-cv-00441-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY AMAZON.COM SERVICES LLC** |

1 | Before the Court is Defendant Amazon.com Services, LLC's ("Amazon") Motion to
2 | Dismiss Plaintiffs' Complaint ("Motion"). Having reviewed the Motion and all supporting and
3 | opposition papers on file, and any arguments of counsel, the Court hereby **GRANTS** the Motion
4 | pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and dismisses the Complaint in
5 | full, with prejudice.

7 | DATED: _____, 2022          _____

8 | The Honorable Jon S. Tigar
9 | United States District Judge