UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 3:23-cv-00441-AMO<br><br>[PROPOSED] **MODIFIED** ORDER GRANTING STIPULATION TO RESET HEARING ON AMAZON'S MOTION TO TRANSFER VENUE AND MOTION TO DISMISS, AND ON PLAINTIFFS' MOTION TO STRIKE OR FOR LEAVE TO FILE SURREPLY<br><br>Judge            Araceli Martínez-Olguín<br><br>Case Filed:     January 31, 2023 |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

The hearing on Amazon's Motion to Transfer Venue and Motion to Dismiss, and Plaintiffs' Motion to Strike or for Leave to File Surreply is set for ~~October 26, 2023~~ **November 9, 2023**, at 2 p.m. PDT.

DATED: July 13, 2023

_____
Hon. Araceli Martínez-Olguín
U.S. District Judge